LAWRENCE G. BROWN
Acting United States Attorney
JOHN K. VINCENT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 551-2795

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>            Plaintiff,              )<br>                                    )<br>      v.                            )<br>                                    )<br> MICHAEL KHALIL,                    )<br>                                    )<br>            Defendant.              )<br> _____) | 2:03-cr-413 GEB<br><br>MOTION TO DISMISS INDICTMENT AGAINST DEFENDANT MICHAEL KHALIL AND [PROPOSED] ORDER |

Plaintiff United States of America, by and through its undersigned counsel, and pursuant to Fed. R. Crim. P. 48, moves to dismiss the indictment in the interest of justice in the above-captioned action filed on September 24, 2003.

DATED: June 2, 2009                      LAWRENCE G. BROWN
                                         Acting United States Attorney


                                         By: /s/ John K. Vincent
                                             JOHN K. VINCENT
                                             Assistant U.S. Attorney

ORDER

Based on the motion of the government, and GOOD CAUSE APPEARING THEREFORE, the Court hereby orders that the indictment filed against defendant Michael Khalil on September 24, 2003, be and are hereby dismissed.

IT IS SO ORDERED.

**Dated: June 5, 2009**

_____
**GARLAND E. BURRELL, JR.
United States District Judge**